UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| GEORGE MERCIER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DISTRICT COURT, et al., )<br>)<br>Defendants. )<br>_____) | 2:06-CV-01433-PMP-LRL<br><br><br>O R D E R |

Before this Court for consideration is the Report and Recommendation (#2) entered by the Honorable Lawrence R. Leavitt on November 22, 2006, regarding Plaintiff's Complaint. No Objections to Magistrate Judge Leavitt's Report and Recommendation were filed pursuant to 28 U.S.C. § 636(b)(1)(C) and Rule IB 3-2 of the Local Rules of Practice. The Court has conducted a de novo review of the record in this case in accordance with 28 U.S.C. § 636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that the Report and Recommendation of the United States Magistrate Judge should be affirmed.

\\\\\

\\\\\

IT IS THEREFORE ORDERED that Magistrate Judge Leavitt's Report and Recommendation entered November 22, 2006, is affirmed, and Plaintiff's Complaint is dismissed with prejudice based on an indisputably meritless legal theory and frivolity.

DATED: December 13, 2006

_____
PHILIP M. PRO
Chief United States District Judge